# GROSSMAN & HEAVEY

A PROFESSIONAL CORPORATION

COUNSELLORS AT LAW

RICHARD A. GROSSMAN
rag@grossmanandheavey.com

THOMAS J. HEAVEY
tjh@grossmanandheavey.com

MARY GRACE CALLAHAN
mgc@grossmanandheavey.com

MICHAEL G. HALPIN
mgh@grossmanandheavey.com

RONALD L. LUEDDEKE, JR.
rlljr@grossmanandheavey.com

BRICK PROFESSIONAL PLAZA
1608 HIGHWAY 88 WEST
SUITE 200
BRICK, NEW JERSEY 08724
(732) 206-0200

FACSIMILE (732) 206-0205

May 12, 2010

Hon. Garrett E. Brown, Jr., Chief Judge
United States District Court, New Jersey
Clarkson S. Fisher Federal Building
& United States Courthouse, Room 4050
402 E. State Street
Trenton, NJ 08608

    Re:    Jeannette Parker [E/O Michael J. Parker] v. Polaris Industries, et al
             Docket No. 2:06-cv-4227 [GEB]

Dear Judge Brown:

    Please find enclosed a proposed order for judgment in favor of the defendants based upon the jury's verdict of no cause for action on May 10, 2010. If it meets with Your Honor's approval, kindly execute it and please return a conformed copy in the enclosed envelope which I have provided for Your Honor's convenience.

    I thank you for your time and attention to this matter.

                                   Respectfully submitted,

                                   THOMAS J. HEAVEY

kh
Enclosure
cc & enc:    Kenneth D. Cooper, Esq.
                Phillip Crawford, Esq.
                Michael Serbanica, Specialty Ins.
                Joseph O'Neill, O'Neill's Place

GROSSMAN & HEAVEY, P.C.
1608 Hwy. 88 West, Suite 200
Brick, NJ  08724
732-206-0200
Attorneys for defendant, Jack Armstrong d/b/a O'Neill's Place [i/p/a O'Neill's Place a/k/a O'Neill's Place, Inc. and O'Neill's Bar and Restaurant

------------------------------------------------------------------------

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JEANNETTE PARKER, Individually and as the Administratrix ad Prosequendum of The Estate of MICHAEL J. PARKER, et al | : Civil Action No. 2:06-cv 4227(GEB) : : : : |
| Plaintiffs, | : : : |
| vs. | : : |
| POLARIS INDUSTRIES, INC. d/b/a POLARIS SALES, INC., et al. | : **FINAL JUDGMENT OF DISMISSAL** : **WITH PREJUDICE** : : |
| Defendants, | : |

This matter, having come before the Hon. Garrett E. Brown, Jr., Chief Judge, United States District Court for the District of New Jersey; and Kenneth D. Cooper, Esq. appearing on behalf of plaintiffs; Philip Crawford, Esq., The Gibbons Law Firm, appearing on behalf of defendant, Polaris Industries, Inc. and Thomas J. Heavey, Esq., of Grossman & Heavey, P.C., appearing on behalf of defendant, O'Neill's Place; and the matter having been tried before a jury of twelve, commencing on May 3, 2010 and concluding with the jury's verdict on May 10, 2010; and the jury having reached a unanimous verdict of no cause for action with respect to both defendants Polaris and O'Neill's Place;

It is on this _____ day of May, 2010;

Ordered that final judgment on the jury's verdict is hereby entered in favor of defendants, Polaris Industries, Inc. and O'Neill's Place, dismissing all claims against them, with prejudice and without costs; and it is

further ordered that a copy of this order shall be served on all counsel of record within seven (7) days of its receipt by Grossman & Heavey, P.C.

_____
HON. GARRETT E. BROWN, JR., Chief Judge,
USDC for the District of New Jersey

GROSSMAN & HEAVEY
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW