

ROBERT D. BROWN, JR.
Associate

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4831 Fax: (973) 639-8377
rbrown@gibbonslaw.com

May 12, 2010

**VIA ELECTRONIC CASE FILING**

The Honorable Garrett E. Brown, Jr., Chief Judge
United States District Court, District of New Jersey
Clarkson S. Fisher Federal Building & United States Courthouse
Room 4050
402 East State Street
Trenton, New Jersey 08608

      Re:   **Estate of Parker v. Polaris Industries, et al.**
            **Docket No.: 06-cv-4227 (GEB)**

Dear Judge Brown:

      Your Honor may recall that this office represents the interests of Polaris Industries, Inc. ("Polaris"), a defendant in the above-referenced matter. In connection with this matter, we received, under cover dated May 12, 2010, a proposed order for judgment in favor of all defendants prepared by counsel for O'Neill's Place relative to the no-cause jury verdict rendered on May 10, 2010. Kindly allow this letter to serve as Polaris's formal objections to the proposed Final Judgment of Dismissal With Prejudice.

      Specifically, Polaris requests the following changes:

1. The name of the law firm appearing on behalf of Polaris should be changed from "The Gibbons Law Firm" to "Gibbons P.C."; and

2. The paragraph which currently reads "Ordered that final judgment on the jury's verdict is hereby entered in favor of defendants, Polaris Industries, Inc. and O'Neill's Place, dismissing all claims against them, with prejudice and without costs" should be revised to "Ordered that final judgment on the jury's verdict is hereby entered in favor of defendant, O'Neill's Place, dismissing all claims against it, with prejudice and without costs; and it is";

      -and-

3. We further request that the following provision be inserted directly below the language referenced in No. 2 above: "Ordered that final judgment on the jury's verdict is hereby entered in favor of defendant, Polaris Industries, Inc., dismissing all claims against it, with prejudice and with costs."

GIBBONS P.C.

The Honorable Garrett E. Brown, Jr.
May 12, 2010
Page 2

   Should Your Honor have any questions or comments with respect to this matter or if Your Honor wishes for us to prepare a revised Final Judgment , please feel free to contact me.

            Respectfully submitted,

            *s/ Robert D. Brown, Jr.*

            Robert D. Brown, Jr.


cc:  Kenneth D. Cooper, Esq. (via ECF)
    Thomas J. Heavey, Esq. (via ECF)