Philip W. Crawford
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 639-6327
*Attorneys for Defendant*
*Polaris Industries, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEANETTE PARKER, THE ESTATE OF MICHAEL PARKER, JEANETTE PARKER AS PERSONAL REPRESENTATIVE, JENNA PARKER, INDIVIDUALLY, JEANETTE PARKER AS MOTHER AND GUARDIAN OF JESSICA PARKER AND JAMIE PARKER, <br><br> Plaintiffs, <br><br> - against - <br><br> POLARIS INDUSTRIES, INC. dba POLARIS SALES, INC.; O'NEILL'S PLACE aka O'NEILL'S BAR AND RESTAURANT; JOHN and JANE DOES 1-10; RICHARD and RACHEL ROES 1-10 and ABC CORPORATION 1-10 (fictitious individuals and/or entities), <br><br> Defendants. | Civil Action No. 06-4227 (GEB) <br><br><br> **ORDER GRANTING DEFENDANT POLARIS INDUSTRIES, INC.'S BILL OF COSTS** <br><br> *Document electronically filed* |

THIS MATTER having been brought before the Court upon the application of Gibbons P.C., attorneys for Defendant, Polaris Industries, Inc. (hereinafter "Polaris"), for costs pursuant to Federal Rule of Civil Procedure 54(d)(1) and Local Civil Rule 54.1, in connection with the judgment entered by the United States District Court for the District of New Jersey in the above-entitled matter on May 28, 2010 entering judgment in its entirety in favor of Defendants, and the Court having considered the arguments of counsel, the papers submitted in support of and in

opposition to said motion and having further considered all pleadings on file in this matter, and for good cause shown:

IT IS on this 8th day of July, 2010,

**ORDERED** that Polaris is hereby awarded costs in the amount of $15,593.37.

Further Ordered that the Clerk of the Court close this case.

_____
GARRETT E. BROWN, JR., U.SDJ